UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RAFIL A. DHAFIR, M.D.,

        Plaintiff,

v.

K. AKERS a/k/a KATHERINE AKERS,

        Defendant.

CIVIL ACTION NO. 18-11848-IT

ORDER

January 19, 2022

TALWANI, D.J.

    On January 12, 2022, this case was reassigned to this session. Following review of the docket, the court directs Plaintiff Rafil A. Dhafir, M.D., by February 8, 2022, to show cause why this action should not be dismissed for his failure to advise the court of his address and, if he seeks to proceed with the litigation, shall provide the court with his current address and telephone number.

Background

    Dhafir filed this pro se action on August 28, 2018, and paid the $400 filing fee shortly thereafter. Compl. [#1]; Docket Entry Noting Filing Fee Paid [#9]. At the time, Dhafir was incarcerated at FMC Devens. Compl. [#1]; Cover Letter [#1-2]. The Magistrate Judge to whom the matter was assigned directed the clerk to issue and forward summons to Dhafir for service, along with copies of the forms for Consent/Refusal of Magistrate Judge Jurisdiction. Elec. Order [#11]. On January 3, 2019, counsel for the government returned a consent to proceed before a Magistrate Judge, signed on behalf of the United States only. Consent [#18].

Dhafir subsequently moved for service of process by the United States Marshals Service ("USMS") and assistance in locating Defendant K. Akers a/k/a Katherine Akers. Motion [#14]. Dhafir explained that Defendant's first name may be "Kimberly," and that she was previously employed as the Supervisor of Education at FMC Devens. Id. On February 13, 2019, the Magistrate Judge allowed Dhafir's motion in part. Order [#20]. Dhafir was granted permission to have service made by the USMS, and the United States was asked either to provide the last known home and/or employment addresses for the Defendant for the Magistrate Judge to forward to the USMS, or to accept service for the Defendant. Id.

On February 27, 2019, the government filed a courtesy Notice Regarding Plaintiff's Change of Address [#23] notifying the court of Dhafir's new mailing address at FCI Allenwood Low. On the same day, the government also provided, under seal, a home address for Kimberly J. Akers. Response to Court's Order [#24].

Dhafir followed up on June 14, 2019, with a letter asking if he needed to do anything further. Letter [#25]. The docket indicates no further activity by Dhafir since that letter. Although the court has located a Notice of Change of Address as of May 15, 2020, in a case that appears to have been brought by Dhafir in the District of Columbia, see Dhafir v. Federal Bureau of Prisons, Civ. No. 1:18-cv-00713-RDM (D.D.C.), Notice of Change of Address [#25], Dhafir filed no such notice here.[1]

On October 1, 2021, the Magistrate Judge directed the USMS to serve the Defendant at the address provided by the government. Order [#26].[2] On October 25, 2021, the USMS

---

[1] The address provided in that case is 5408 Springview Drive, Fayetteville, NY 13066.

[2] The Magistrate Judge also reminded Dhafir of his obligation to update the court with his address. Order[#26] ("Plaintiff is reminded of his obligation to update his address. See L.R. 83.5.5."). That order, although mailed to Dhafir at FCI Allenwood and never returned as undeliverable, post-dates his change of address in the D.C. case.

unsuccessfully attempted service on Defendant at the address provided by the United States. Return of Service Unexecuted [#31].

On December 10, 2021, the clerk sent another Consent/Refusal to Consent form to Dhafir at FCI Allenwood but received no response, and the case was thereafter reassigned. See ECF Notice (no consent) [#28]; Electronic Notice of Reassignment [#29]. Based on this court's review of the BOP's Inmate Locator Website, Dhafir is no longer in BOP custody.

 Discussion

"Parties to litigation have a duty to inquire periodically regarding the status of the litigation and to keep the court informed of their current address and contact information." Dresser v. Norms, 1:18-CV-00426-DBH, 2019 WL 77134, at *2 (D. Me. Jan. 2, 2019), report and recommendation adopted, 1:18-CV-426-DBH, 2019 WL 302485 (D. Me. Jan. 23, 2019) (citing Am. Arbitration Ass'n, Inc. v. Defonseca, No. 1:93-cv-02424, 1997 WL 102495, at *2 (S.D.N.Y. Mar. 6, 1997) ("[A] litigant's obligation to promptly inform the Court and the opposing party of an address change is a matter of common sense, not legal sophistication.")); see Local Rule 83.5.5 ("Every party appearing pro se shall inform the clerk and all parties in writing of any change of name, address, telephone number, or e-mail address within 14 days of the change. It is the responsibility of the pro se party to notify the clerk and the parties of any change."). Here, while Dhafir checked on this litigation in June 2019, he has failed to inquire since that date and has failed to keep this court apprised of his address.

Accordingly,

1. if Dhafir seeks to proceed in this matter, he shall show cause no later than February 8, 2022, for his failure to update his address and shall file a notice of his current address

and phone number. If Dhafir fails to respond or to show cause, the court anticipates dismissing the action;

2. the clerk is directed to send a copy of this Order to Dhafir at 5408 Springview Drive, Fayetteville, NY 13066.

**SO ORDERED.**

                                                          /s/ Indira Talwani
                                                          Indira Talwani
                                                          United States District Judge